## **INDEX OF EXHIBITS**

Exhibit A:   Subject Contract

Exhibit B:   APE Affidavit

Exhibit C:   Demand Letter