O AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | **District of** | Michigan |
|---|---|---|

AP ELECTRIC, INC.

Plaintiff (s),

V.

OAKLAND AUTOMATION, LLC, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  4:23-cv-11342

Notice is hereby given that, subject to approval by the court, Oakland Industries Blocker Corp. substitutes
(Party (s) Name)

Mark C. Vanneste , State Bar No. P73001 as counsel of record in
(Name of New Attorney)

place of Kenneth T. Brooks, Gabriel E. Bedoya, & Carsten A. Parmenter .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm  Name:   Howard & Howard Attorneys PLLC

Address:   450 W. Fourth Street, Royal Oak, MI 48067

Telephone:   (248) 645-1483     Facsimile   (248) 645-1568

E-Mail (Optional):   mv@h2law.com     Format (999) 999-9999

I consent to the above substitution.

Date:  10/6/2023

Defendant Oakland Industries Blocker Corp.

(Signature of Party (s))

I consent to being substituted.

Date:  10/6/2023

Carsten A. Parmenter

*Carsten Parmenter*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  10/6/2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  _____     _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print      Save As...      Export as FDF      Retrieve FDF File      Reset