**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AP ELECTRIC, INC.,

       Plaintiff,

v.

OAKLAND AUTOMATION, LLC,
OAKLAND INDUSTRIES BLOCKER
CORP., OAKLAND INDUSTRIES, LLC,
AND INTERCLEAN EQUIPMENT, LLC,

       Defendants.

Case No. 4:23-cv-11342
Honorable F. Kay Behm
Magistrate Judge Elizabeth A.
Stafford

---

### ORDER REFERRING CASE TO MEDIATION AND ADJOURNING TRIAL DATE SET FORTH IN AMENDED RULE 16 SCHEDULING ORDER (PHASE II)

On April 2, 2026, the Court having held a status conference with the parties; Defendants Oakland Industries, LLC, Interclean Equipment, LLC, and Oakland Industries Blocker Corp. (collectively, the "OI Defendants") having filed a Motion to Adjourn Certain Dates Set Forth in the Court's Amended Rule 16 Scheduling Order (Phase II) [ECF No. 99] and a Motion to Refer Case to Mediation [ECF No. 100] (collectively, the "Motions"); the parties having stipulated to the entry of this order as set forth below; and the Court being advised in the premises,

**IT IS ORDERED** that:

1.    This case is referred to mediation to be completed within 60 days of the entry of this Order.  The Honorable Gerald E. Rosen (Ret.) shall serve as mediator

if he is available to do so.  The OI Defendants shall pay Judge Rosen's fees for the mediation.  If Judge Rosen is not available to serve as mediator, the parties shall choose another mediator.  The fees of such mediator chosen by the parties shall be split evenly between Plaintiff and the OI Defendants;

2.     The final pretrial conference, currently scheduled for April 8, 2026, is adjourned to a date in late August 2026 to be scheduled by the Court;

3.     The jury trial, currently scheduled to begin on April 21, 2026, is adjourned to a date in early September 2026 to be scheduled by the Court;

4.     Proposed jury instructions are to be submitted to the Court seven (7) days prior to the final pretrial conference;

5.     The Court shall schedule a status conference to be held in June 2026 ("Status Conference") to discuss if the above-captioned matter and the separate lawsuit, captioned *Seither & Cherry Quad Cities, Inc. v. Oakland Automation, LLC, et al.*, Case No. 23-11310 ("S&C Case"), will have separate trials or if the cases will be tried together;

6.     Any briefing on the issue of whether the above-captioned matter and the S&C Case will have separate trials or if the cases will be tried together is to be filed before the Status Conference; and

7.     The OI Defendants' Motions are moot.

Dated: April 15, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

Entry of order stipulated to as to form:

TISHKOFF PLC

PLUNKETT COONEY

/s/ Christopher M. Vukelich
By: William G. Tishkoff (P45165)
And: Christopher M. Vukelich (P76420)
407 North Main Street
Ann Arbor, MI 48104
(734) 663-4077
will@tish.law
chris@tish.law

Attorneys for Plaintiff

Dated: April 9, 2026

/s/ John R. Stevenson (with consent)
By: Benjamin Glazebrook (P69847)
150 West Jefferson, Suite 800
Detroit, MI 48226
(313) 983-4808
bglazebrook@plunkettcooney.com

John R. Stevenson (P70241)
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 433-7079
jstevenson@plunkettcooney.com

Attorneys for Defendants Oakland
Industries, LLC, Interclean
Equipment, LLC, and Oakland
Industries Blocker Corp.

Dated: April 9, 2026

3